IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND D. WILLISON
ADC #112295                                                                                    PLAINTIFF

v.                              No. 3:17-cv-106-DPM

CARROLE BOHANON, Hearing
Officer, Arkansas Parole Board;
MICHELLE EARNHARDT, Parole
Officer; and ARKANSAS PAROLE
BOARD, ACC/DCC                                                                                 DEFENDANTS

ORDER

1. Willison hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 28 July 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. Willison must file an amended complaint, too. His allegations against Earnhardt and Bohanon are too vague. His amended complaint must give a more specific description of how and when each defendant violated his rights. If Willison doesn't file an amended complaint by 28 July 2017, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

3. The Court directs the Clerk to mail Willison a blank § 1983 complaint form and an application to proceed *in forma pauperis*. If the Court grants

Willison permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2017