IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVIVSION

RAYMOND D. WILLISON
ADC # 112295                                                              PLAINTIFF

v.                          No. 3:17-cv-106-DPM

CARROLE BOHANON, Hearing
Officer, Arkansas Parole Board;
MICHELLE EARNHARDT, Parole
Officer; and ARKANSAS PAROLE
BOARD, ACC/DCC                                                          DEFENDANTS

## JUDGMENT

Willison's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2017